
MZG:USAO# 2011R00153

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2011 MAR 10 P 12: 38

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. WDQ-11-0124 |
| v. | : | |
| DAVID SHAW | : | (Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone and Alprazolam, 21 U.S.C. § 846; False Impersonation of an Officer of the United States, 18 U.S.C. § 912) |

.oOo.

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From at least the beginning of 2009, up to and including the date of this indictment, in the District of Maryland and elsewhere, the defendant,

### DAVID SHAW

did knowingly and unlawfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute a mixture or substance containing oxycodone, also known as OxyContin and Percocet, a Schedule II controlled substance; and alprazolam, also known as Xanax, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. §846

## COUNT TWO

The Grand Jury for the District of Maryland charges that:

In 2009 and 2010, in the District of Maryland and elsewhere, the defendant,

## DAVID SHAW

did knowingly and intentionally falsely assume, and pretend to be, an officer or employee acting under the authority of the United States, or any department, agency, or officer thereof, namely an agent of the Drug Enforcement Administration, and, in so pretending, demanded and obtained things of value, namely prescriptions for narcotics.

18 U.S.C. § 912

ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 3/10/11